KYM SAMUEL CUSHING, ESQ.
Nevada Bar No. 4242
DOUGLAS M. ROWAN, ESQ.
Nevada Bar No. 4736
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada  89101
(702) 727-1400; FAX (702) 727-1401
kym.cushing@wilsonelser.com
douglas.rowan@wilsonelser.com
*Attorneys for Defendant Target Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ELAINA BARBER, an individual, | CASE NO.:  2:13-cv-02268-JCM-VCF |
| Plaintiff, | |
| v. | |
| TARGET CORPORATION, a Minnesota foreign corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive; | |
| Defendants. | |

### <u>STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES</u>

### (Third Request)

The above named parties, by and through their respective counsel of record, hereby submit the following STIPULATION FOR EXTENSION OF DISCOVERY DEADLINES (Third Request) pursuant to Federal Rules of Civil Procedure 6(b) and 26(f) and Local Rules 6-1 and 26-4.

**A.     DISCOVERY COMPLETED TO DATE**

On January 31, 2014, the parties held an initial Rule 26(f) Conference.  Plaintiff's initial disclosure of documents and witnesses was made on February 10, 2014.  Plaintiff has served four supplements to those disclosures.  Defendant's initial disclosure of documents and witnesses was made on February 26, 2014.  Defendant has served five supplements to those disclosures.  On February 13, 2014, the parties filed a Stipulated Discovery Plan and Scheduling Order.  The Court has previously granted two extensions of the initial discovery deadlines.

644755v.1

On February 27, 2014, Defendant propounded a First Set of Interrogatories and a First Set of Requests for Production of Documents upon Plaintiff.  Plaintiff served her responses to those written discovery requests on April 2, 2014.  Plaintiff served Supplemental Answers to Interrogatories on September 30, 2014.

On April 16, 2013, Plaintiff propounded a First Set of Interrogatories, a First Set of Requests for Production of Documents, and a First Set of Requests to Admit upon Defendant.  Defendant served its responses to those written discovery requests on June 9, 2014.  Defendant served Supplemental Responses to Plaintiff's First Set of Requests for Production on October 7, 2014.

On June 16, 2014, Plaintiff propounded a Second Set of Requests for Admissions upon Defendant.  Defendant served its responses to those Requests on July 15, 2014.

On September 4, 2014, Defendant propounded Pretrial Interrogatories and Pretrial Requests for Production of Documents upon Plaintiff.  Plaintiff served her responses to those written discovery requests on November 3, 2014.

On December 9, 2014, Defendant propounded a Second Set of Requests for Production of Documents upon Plaintiff.  Plaintiff served her responses to those Requests on January 28, 2015.

Plaintiff served her initial expert witness disclosures on August 6, 2014.  Plaintiff served a supplement to her initial expert disclosures on February 5, 2015.  Defendant served its initial expert witness disclosures on August 8, 2014.

Defendant has obtained a number of Plaintiff's medical records directly from her medical providers through records authorizations provided by Plaintiff.

The parties have conducted the following depositions:

1. Elaina Barber on June 17, 2014;
2. Dr. Luis Diaz on June 20, 2014;
3. Dr. Michael McKenna on June 25, 2014 and October 2, 2014;
4. Megan O'Blenness on July 23, 2014;
5. Emanuel Flores on July 30, 2014;
6. Dr. Ryan Kissling on July 31, 2014;
7. Dr. Andrew Cash on August 19, 2014;
8. Dr. Sang Tran on October 7, 2014;

644755v.1

9.  Dr. Jeffrey Muir on March 4, 2015.

**B.    DISCOVERY THAT REMAINS TO BE COMPLETED**

Defendant noticed the depositions of Terrence Dineen, Steve Barber, and Dr. McKenna to take place within the current discovery period.  However, Mr. Barber and Dr. McKenna are not available for their depositions until after the current close of discovery.  The parties also believe that it may be necessary to make further expert disclosures depending upon the results of Plaintiff's ongoing treatment and evaluation.  The parties anticipate conducting the depositions of any additional expert witnesses or of any previously disclosed expert witnesses who develop additional opinions.

**C.    REASONS WHY DISCOVERY HAS NOT BEEN COMPLETED**

Plaintiff had ceased treatment for her alleged injuries in September 2013.  She was able to maintain her condition through medication for approximately a year.  However, she resumed medical treatment in the fall of 2014 due to an increase in her pain, prompting the parties to request this Court to re-open discovery.  Dr. McKenna has been evaluating and treating Plaintiff for the past several months.  The parties had not been able to complete discovery until Dr. McKenna completed his evaluation of Plaintiff.  The parties believe that Dr. McKenna is now at a point in his current evaluation of Plaintiff where he can update his opinions.  The parties believe only a limited extension of discovery is now necessary.

Therefore, the parties request a sixty day extension of the current discovery deadlines.

**D.    PROPOSED DISCOVERY SCHEDULE**

| | |
|---|---|
| Close of Discovery: | June 5, 2015 |
| Dispositive Motions: | July 6, 2015 |
| Joint Pre-Trial Order: | August 5, 2015 |
| Last day to amend pleadings: | Closed |
| Initial Expert Disclosures: | Closed |
| Rebuttal Expert Disclosures: | May 6, 2015 |
| Interim Status Report | Closed |

The instant Stipulation and Order was not submitted at least twenty-one days before the rebuttal expert disclosure deadline as the need for the extension of the current discovery deadlines did not arise until less than twenty-one days before that deadline.  The parties only recently received updated medical records from Dr. McKenna regarding his evaluation of Plaintiff.

644755v.1

1  Defendant recently filed a Motion to Extend Discovery Deadlines (Third Request) seeking to
2  extend the discovery deadlines.  The parties have reached an agreement to extend discovery sixty
3  days and Defendant is agreeable to withdrawing the pending motion.

4  DATED this 31st day of March, 2015        DATED this 31st day of March, 2015

**WILSON, ELSER, MOSKOWITZ,**           **BENSON, BERTOLDO, BAKER &**
**EDELMAN & DICKER LLP**                **CARTER, CHTD.**

 /s/ Kym Cushing                         /s/ Steven Baker
Kym Samuel Cushing, Esq.                Steven M. Baker, Esq.
Nevada Bar No. 4242                     Nevada Bar No. 4522
Douglas M. Rowan, Esq.                  7408 W. Sahara Ave.
Nevada Bar. No. 4736                    Las Vegas, NV 89117
300 South Fourth Street, 11th Floor     *Attorneys for Plaintiff*
Las Vegas, Nevada  89101
*Attorneys for Defendant Target Corporation*

IT IS SO ORDERED.

Dated this 1st day of April, 2015.

_____
**UNITED STATES MAGISTRATE JUDGE**

The parties have filed a stipulation for extension of discovery deadlines,
Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for Extension of
Discovery Deadlines (#22) is denied as MOOT.

644755v.1