# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ELAINA BARBER, | |
| Plaintiff, | 2:13-cv-02268-JCM-VCF |
| vs. | **ORDER** |
| TARGET CORPORATION, | |
| Defendant. | |

The parties reached a settlement agreement at the settlement conference on October 26, 2015. The court ordered the parties to file a proposed stipulation and order for dismissal by December 28, 2015.

To date, no proposed stipulation and order for dismissal has been filed.

Accordingly,

IT IS HEREBY ORDERED that a hearing is scheduled for 11:00 a.m., January 11, 2016, in courtroom 3D.

DATED this 29th day of December, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE