Kym Samuel Cushing, Esq.
Nevada Bar No. 4242
Douglas M. Rowan, Esq.
Nevada Bar No. 4736
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
kym.cushing@wilsonelser.com
douglas.rowan@wilsonelser.com
*Attorneys for Defendant Target Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELAINA BARBER, an individual, | CASE NO.: 2:13-cv-02268-JCM-VCF |
| Plaintiff, | |
| v. | |
| TARGET CORPORATION, a Minnesota foreign corporation; DOES I through X, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive; | |
| Defendants. | |

**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE**

Plaintiff ELAINA BARBER, by and through her counsel of record STEVEN M. BAKER, ESQ., of BENSON, BERTOLDO, BAKER & CARTER, CHTD., and Defendant TARGET CORPORATION, by and through their counsel of record, KYM SAMUEL CUSHING, ESQ., of

. . .

. . .

. . .

748446v.1

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby stipulate and agree to the dismissal of the above-captioned action, with prejudice, with each party to bear their own fees and costs.

DATED this 21st day of Dec~~ember~~, 2015

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

Kym Samuel Cushing, Esq.
Nevada Bar No. 4242
Douglas M. Rowan, Esq.
Nevada Bar. No. 4736
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant Target Corporation*

DATED this 19th day of November, 2015

**BENSON, BERTOLDO, BAKER & CARTER, CHTD.**

Steven M. Baker, Esq.
Nevada Bar No. 4522
7408 W. Sahara Ave.
Las Vegas, NV 89117
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

DATED January 4, 2016.

_____
U.S. DISTRICT COURT JUDGE

Prepared and Respectfully Submitted by:

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: _____
Kym Samuel Cushing, Esq.,
Nevada Bar No. 004242
Douglas M. Rowan, Esq.,
Nevada Bar No. 004736
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendant Target Corporation*

748446v.1